

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Reginald Dwayne Bond v. The State of Texas

Appellate case number:      01-18-00741-CR

Trial court case number:    1496163

Trial court:                262nd District Court of Harris County

      A jury convicted appellant, Reginald Dwayne Bond, of the felony offense of burglary of a habitation with the intent to commit sexual assault and assessed his punishment at confinement for life. Appellant has filed a motion to view volumes 2 and 11 of the reporter's record filed in this appeal. These volumes were filed as a sealed record in this Court.

      The motion is **granted**. Counsel for appellant and the State may review volumes 2 and 11 of the reporter's record in the media viewing room at the office of the Clerk of the First Court of Appeals during regular business hours. No copies of the sealed record or any sealed document may be made; however, counsel may make notes as necessary to prepare briefs and motions in this proceeding. Any such notes must be destroyed no later than the date a mandate is issued by this Court or the Texas Court of Criminal Appeals. The parties are directed to take appropriate measures if they raise any arguments concerning evidence or arguments contained in the sealed volumes of the reporter's record. *See, e.g.*, TEX. R. APP. P. 9.10.

      It is so ORDERED.


Judge's signature: ___/s/ Russell Lloyd_____
             ☑ Acting individually    ☐ Acting for the Court


Date: __December 18, 2018_____